39022.   JONES v. PETERS *et al.*

DECIDED SEPTEMBER 19, 1961—REHEARING DENIED
OCTOBER 5, 1961.

*Almon, Clien & McGregor, Everett L. Almon,* for plaintiff in error.

*Thomas E. Moran,* contra.

HALL, Judge.   Neither the original petition nor the amended petition alleges the terms of payment or the time the sum owed by the defendant was due to be paid.   A petition seeking to recover a sum of money alleged to be due by the defendant to the plaintiff which does not allege that the sum was past due at the time of the filing of the petition does not set forth a cause of action. *Five Minute Vulcanizer Co. v. Fleming.* 23 Ga. App. 641 (99 SE 225).

*Judgment affirmed.   Felton, C. J., and Bell, J., concur.*